# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JORDAN TODD,                                    )
                                                )
    Plaintiff,                           )
                                                )
v.                                              )
                                                )    **Case No. 3:23-CV-436**
EQUIFAX INFORMATION                             )    **District Judge Aleta A. Trauger**
SERVICES, LLC, EXPERIAN                         )    **Magistrate Judge Jeffery S. Frensley**
INFORMATION SOLUTIONS, INC.,                    )
and TRANS UNION, LLC,                           )
                                                )
    Defendants.                          )
                                                )

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Experian Information Solutions, Inc. (hereinafter "Experian"), by and through the undersigned counsel, responds to Plaintiff Jordan Todd's ("Plaintiff") Complaint ("Complaint") as follows:

## PRELIMINARY STATEMENT

1. In response to paragraph 1 of the Complaint, without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that Plaintiff's Complaint purports to state claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). Experian denies that it has violated the FCRA or any other law and denies that Plaintiff is entitled to any relief from Experian. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 1 of the Complaint that relates to Experian. As to the allegations in paragraph 1 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of

paragraph 1 of the Complaint.

2.      In response to paragraph 2 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.  As to the remaining allegations of paragraph 2 of the Complaint, Experian denies, generally and specifically, each and every remaining allegation of paragraph 2 of the Complaint as they relate to Experian. As to the allegations in paragraph 2 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 2 of the Complaint.

**JURISDICTION, VENUE & PARTIES**

3.      In response to paragraph 3 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 28 U.S.C. § 1331 and the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.  Experian states that this is a legal conclusion which is not subject to denial or admission.

4.      In response to paragraph 4 of the Complaint, Experian admits that it is qualified to do business and conducts business in the State of Florida.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 4 of the Complaint as they relate to Experian. As to the allegations in paragraph 4 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 4 of the Complaint.

5.      In response to paragraph 5 of the Complaint, Experian admits that Plaintiffs has alleged venue in this district is proper. Experian states that this is a legal conclusion which is not

315785109.1

subject to denial or admission.

6. In response to paragraph 6 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7. In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8. In response to paragraph 8 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 8 of the Complaint.

9. In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**FCRA STATUTORY STRUCTURE**

10. In response to Paragraph 10 of the Complaint, Experian admits that the Complaint purports to summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681b. Experian states that the FCRA is a statute that speaks for itself, and Experian denies Paragraph 10 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of Paragraph 10 of the Complaint.

11. In response to Paragraph 11 of the Complaint, Experian admits that the Complaint purports to summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b). Experian states that the FCRA is a statute that speaks for itself, and Experian denies Paragraph 11 to the

extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of Paragraph 11 of the Complaint.

12. In response to Paragraph 12 of the Complaint, Experian admits that the Complaint purports to summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a). Experian states that the FCRA is a statute that speaks for itself, and Experian denies Paragraph 12 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of Paragraph 12 of the Complaint.

13. In response to Paragraph 13 of the Complaint, Experian admits that the Complaint purports to summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)(4). Experian states that the FCRA is a statute that speaks for itself, and Experian denies Paragraph 13 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of Paragraph 13 of the Complaint.

14. In response to Paragraph 14 of the Complaint, Experian admits that the Complaint purports to summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)(5). Experian states that the FCRA is a statute that speaks for itself, and Experian denies Paragraph 14 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of Paragraph 14 of the Complaint.

15. In response to Paragraph 15 of the Complaint, Experian admits that the Complaint purports to summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b). Experian states that the FCRA is a statute that speaks for itself, and Experian denies Paragraph 15 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of Paragraph 15 of the Complaint.

16. In response to Paragraph 16 of the Complaint, Experian admits that the Complaint

purports to summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681n. Experian states that the FCRA is a statute that speaks for itself, and Experian denies Paragraph 16 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of Paragraph 16 of the Complaint.

17.     In response to Paragraph 17 of the Complaint, Experian admits that the Complaint purports to summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681o. Experian states that the FCRA is a statute that speaks for itself, and Experian denies Paragraph 17 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of Paragraph 17 of the Complaint.

## **GENERAL ALLEGATIONS**

18.     In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19.     In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20.     In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21.     In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.     In response to paragraph 22 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such,  issues consumer

reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, the remainder of the allegations contained in paragraph 22 of the Complaint that relate to Experian. As to the allegations in paragraph 22 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 22 of the Complaint.

23. In response to paragraph 23 of the Complaint, Experian states that Plaintiff's generalized statements present an allegation that is so vague and ambiguous that Experian is without knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis denies, generally and specifically, each and every allegation contained therein.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**FACTUAL ALLEGATIONS**

**DEFENDANTS' CREDIT REPORTING OF THE TRADELINE ACCOUNTS AND PLAINTIFF'S DISPUTES PURSUANT TO THE FCRA**

25. In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26. In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27. In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

that basis, denies, generally and specifically, each and every allegation contained therein.

28. In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29. In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30. In response to paragraph 30 of the Complaint, Experian states that Exhibit A speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 30, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31. In response to paragraph 31 of the Complaint, Experian states that Exhibit A speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 31, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32. In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33. In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34. In response to paragraph 34 of the Complaint, Experian states that Exhibit B speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 34, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35. In response to paragraph 35 of the Complaint, Experian states that Exhibit B speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 35, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36. In response to paragraph 36 of the Complaint, Experian states that Exhibit B speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 36, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37. In response to paragraph 37 of the Complaint, Experian states that Exhibit B speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 37, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38. In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39. In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40. In response to paragraph 40 of the Complaint, Experian states that Exhibit C speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 40, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41. In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42. In response to paragraph 42 of the Complaint, Experian states that Exhibit D speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 42, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43. In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44. In response to paragraph 44 of the Complaint, Experian states that Exhibit D speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 44, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and

315785109.1

specifically, each and every allegation contained therein.

45.     In response to paragraph 45 of the Complaint, Experian states that Exhibit D speaks for itself, and denies any allegations inconsistent therewith.  With respect to the remaining allegations of paragraph 45, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.     In response to paragraph 46 of the Complaint, Experian states that Exhibit D speaks for itself, and denies any allegations inconsistent therewith.  With respect to the remaining allegations of paragraph 46, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     In response to paragraph 47 of the Complaint, Experian states that Exhibit D speaks for itself, and denies any allegations inconsistent therewith.  With respect to the remaining allegations of paragraph 47, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to paragraph 48 of the Complaint, Experian states that Exhibit D speaks for itself, and denies any allegations inconsistent therewith.  With respect to the remaining allegations of paragraph 48, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

315785109.1

that basis, denies, generally and specifically, each and every allegation contained therein.

50. In response to paragraph 50 of the Complaint, Experian states that Exhibit E speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 50, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51. In response to paragraph 51 of the Complaint, Experian states that Exhibit E speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 51, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52. In response to paragraph 52 of the Complaint, Experian states that Exhibit E speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 52, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53. In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54. In response to paragraph 54 of the Complaint, Experian states that Exhibit F speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 54, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and

specifically, each and every allegation contained therein.

55.    In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56.    In response to paragraph 56 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.    In response to paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.    In response to paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.    In response to paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.    In response to paragraph 60 of the Complaint, Experian states that Exhibit G speaks for itself, and denies any allegations inconsistent therewith.  With respect to the remaining allegations of paragraph 60, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.    In response to paragraph 61 of the Complaint, Experian states that Exhibit G speaks for itself, and denies any allegations inconsistent therewith.  With respect to the remaining

allegations of paragraph 61, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62. In response to paragraph 62 of the Complaint, Experian states that Exhibit G speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 62, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63. In response to paragraph 63 of the Complaint, Experian states that Exhibit H speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 63, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64. In response to paragraph 64 of the Complaint, Experian states that Exhibit H speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 64, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65. In response to paragraph 65 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66. In response to paragraph 66 of the Complaint, Experian states that Exhibit H speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining

315788109.1

allegations of paragraph 66, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67. In response to paragraph 67 of the Complaint, Experian states that Exhibit H speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 67, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68. In response to paragraph 68 of the Complaint, Experian states that Exhibit H speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 68, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69. In response to paragraph 69 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70. In response to paragraph 70 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71. In response to paragraph 71 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72. In response to paragraph 72 of the Complaint, Experian is without knowledge or

315785109.1

information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73. In response to paragraph 73 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74. In response to paragraph 74 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75. In response to paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76. In response to paragraph 76 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77. In response to paragraph 77 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78. In response to paragraph 78 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79. In response to paragraph 79 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3157851091.1

80. In response to paragraph 80 of the Complaint, Experian states that Exhibit I speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 80, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81. In response to paragraph 81 of the Complaint, Experian states that Exhibit I speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 81, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82. In response to paragraph 82 of the Complaint, Experian states that Exhibit I speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 82, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83. In response to paragraph 83 of the Complaint, Experian states that Exhibit H speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 83, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

84. In response to paragraph 84 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85. In response to paragraph 85 of the Complaint, Experian states that Exhibit J speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 85, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

86. In response to paragraph 86 of the Complaint, Experian states that Exhibit J speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 86, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

87. In response to paragraph 87 of the Complaint, Experian states that Exhibit J speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 87, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

88. In response to paragraph 88 of the Complaint, Experian states that Exhibit J speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 88, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

89. In response to paragraph 89 of the Complaint, Experian states that Exhibit K speaks for itself, and denies any allegations inconsistent therewith. With respect to the remaining allegations of paragraph 89, Experian is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

90.     In response to paragraph 90 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91.     In response to paragraph 91 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.     In response to paragraph 92 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.     In response to paragraph 93 of the Complaint, Experian denies that it violated the FCRA or any other law.  As to the remaining allegations in paragraph 93 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## DAMAGES

94.     In response to paragraph 94 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 94 of the Complaint as they relate to Experian. As to the allegations in paragraph 94 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 94 of the Complaint.

3157851091.1

95.     In response to paragraph 95 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 95 of the Complaint as they relate to Experian. As to the allegations in paragraph 95 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 95 of the Complaint.

96.     In response to paragraph 96 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97.     In response to paragraph 97 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 97 of the Complaint as they relate to Experian. As to the allegations in paragraph 97 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 97 of the Complaint.

98.     In response to paragraph 98 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 98 of the Complaint as they relate to Experian. As to the allegations in paragraph 98 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 98 of the Complaint.

99.     In response to paragraph 99 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

that basis, denies, generally and specifically, each and every allegation contained therein.

**COUNT ONE:**
**FAIR CREDIT REPORTING ACT –**
**VIOLATION OF 15 UNITED STATES CODE, SECTION 1681e(b)**
**(as to Equifax, Experian and Trans Union)**

Experian repeats, realleges and incorporates by reference its responses to paragraphs 1-99 of the Complaint as if the same were fully set forth herein.

100. In response to paragraph 100 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 100 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 100 of the Complaint.

101. In response to paragraph 101 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 101 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 101 of the Complaint.

102. In response to paragraph 102 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

103. In response to paragraph 103 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 103 of the Complaint that relate to the other defendants, Experian does

-20-

not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 103 of the Complaint.

104. In response to paragraph 104 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105. In response to paragraph 105 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

106. In response to paragraph 106 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

107. In response to paragraph 107 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

108. In response to paragraph 108 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

109. In response to paragraph 109 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages. As to the remaining allegations of paragraph 109 of the Complaint, Experian denies, generally and specifically, each and every remaining allegation of paragraph 109 of the Complaint as they relate to Experian. As to the allegations in paragraph 109 of the Complaint that relate to the other defendants, Experian

315703109.1

does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 109 of the Complaint.

110. In response to paragraph 110 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 110 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 110 of the Complaint.

111. In response to paragraph 111 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 111 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 111 of the Complaint.

**COUNT TWO:**
**FAIR CREDIT REPORTING ACT –**
**VIOLATION OF 15 UNITED STATES CODE, SECTION 1681i et seq.**
**(as to Equifax, Experian, and Trans Union)**

Experian repeats, realleges and incorporates by reference its responses to paragraphs 1-111 of the Complaint as if the same were fully set forth herein.

112. In response to paragraph 112 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 112 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations

3157651709.1

and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 112 of the Complaint.

113. In response to paragraph 113 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 113 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 113 of the Complaint.

114. In response to paragraph 114 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

115. In response to paragraph 115 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

116. In response to paragraph 116 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

117. In response to paragraph 117 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

118. In response to paragraph 118 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

315765109.1

119. In response to paragraph 119 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 119 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

120. In response to paragraph 120 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 120 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

121. In response to paragraph 121 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

122. In response to paragraph 122 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

123. In response to paragraph 123 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

124. In response to paragraph 124 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 124 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained

therein.

125. In response to paragraph 125 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 125 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 125 of the Complaint.

126. In response to paragraph 126 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 126 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 126 of the Complaint.

127. In response to paragraph 127 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 127 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 127 of the Complaint.

128. In response to paragraph 128 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 128 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations

and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 128 of the Complaint.

129. In response to paragraph 129 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 129 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 129 of the Complaint.

130. In response to paragraph 130 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 130 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 130 of the Complaint.

131. In response to paragraph 131 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 131 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 131 of the Complaint.

132. In response to paragraph 132 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 132 of the Complaint that relate to the other defendants, Experian does

not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 132 of the Complaint.

133. In response to paragraph 133 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 133 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 133 of the Complaint.

134. In response to paragraph 134 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages. As to the remaining allegations of paragraph 134 of the Complaint, Experian denies, generally and specifically, each and every remaining allegation of paragraph 134 of the Complaint as they relate to Experian. As to the allegations in paragraph 134 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 134 of the Complaint.

135. In response to paragraph 135 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 135 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 135 of the Complaint.

136.    In response to paragraph 136 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 136 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 136 of the Complaint.

## RESPONSE TO PRAYER FOR RELIEF

In response to the paragraph titled "PRAYER FOR RELIEF," Experian denies that it has violated the FCRA and denies that Plaintiff is entitled to any relief from Experian. Experian further denies, generally and specifically, each and every allegation contained in Plaintiff's "PRAYER FOR RELIEF" that relates to Experian. As to the allegations in Plaintiff's "PRAYER FOR RELIEF" that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Plaintiff's "PRAYER FOR RELIEF."

## RESPONSE TO DEMAND FOR JURY TRIAL

Experian admits that Plaintiff has demanded a trial by jury on all issues so triable by right.

## RESPONSE TO SPOLIATION NOTICE
## AND DEMAND TO RETAIN EVIDENCE

Experian admits that Plaintiff has demanded Defendants to safeguard all relevant evidence in the form of paper, electronic documents, or data that pertainto this litigation, as required by law.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following

affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

**FIRST AFFIRMATIVE DEFENSE**
**(STATUTE OF LIMITATIONS)**

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

**SECOND AFFIRMATIVE DEFENSE**
**(TRUTH/ACCURACY OF INFORMATION)**

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

**THIRD AFFIRMATIVE DEFENSE**
**(FAILURE TO MITIGATE DAMAGES)**

Plaintiff has failed to mitigate his damages.

**FOURTH AFFIRMATIVE DEFENSE**
**(LACHES)**

The Complaint and each claim for relief therein are barred by laches.

**FIFTH AFFIRMATIVE DEFENSE**
**(COMPARATIVE FAULT)**

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

**SIXTH AFFIRMATIVE DEFENSE**
**(ESTOPPEL)**

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff are estopped and

barred from recovery of any damages.

## SEVENTH AFFIRMATIVE DEFENSE
### (UNCLEAN HANDS)

The Complaint and each claim for relief therein that seeks equitable reliefare barred by the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE
### (PUNITIVE DAMAGES)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitivedamages are improper.

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays asfollows:

(1) That Plaintiff take nothing by virtue of the Complaint herein and that thisaction be dismissed in its entirety;

(2) For costs of suit and attorneys' fees herein incurred; and

(3) For such other and further relief as the Court may deem just and proper.

Dated: June 15, 2023

Respectfully submitted,

/s/ Erin Palmer Polly
Erin Palmer Polly (#22221)
erin.polly@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700

*Counsel for Defendant Experian
Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U.S. Mail, first-class postage prepaid, this June 14, 2023, on the following:

William M. Kaludis
Shield Law Group
5115 Maryland Way, Suite 911
Brentwood, Tennessee 37027

Aaron M. Swift
Swift, Isringhaus & Dubbeld P.A.
8380 Bay Pines Boulevard
St. Petersburg, Florida 373709

Michael A. Malone
Kymberly S. Kester
Polsinelli PC
401 Commerce Street, Suite 900
Nashville, Tennessee 37219

/s/ Erin Palmer Polly